### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:15-CR-080** |
| **Plaintiff,** | : | **Case No. 2:14-CR-127** |
| | : | |
| v. | : | **Judge Algenon L. Marbley** |
| | : | |
| **ROBERT B. LEDBETTER,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

This matter comes before the Court on Defendant Lance Reynolds's motions to join his co-defendants' pleadings.  (Docs. 687 and 690).  Reynolds seeks dismissal of various charges due to alleged violations of the relevant statutes of limitation and alleged Due Process violations stemming from undue pre-indictment delay.

In its August 12, 2015 Opinion and Order, the Court denied the very motions in which Reynolds now seeks to join.  (Doc. 682).  This Court will allow Reynolds to join in those motions, nunc pro tunc, and advance the same arguments as his co-defendants.  For the reasons stated in the Opinion and Order, however, those arguments are without merit, rendering Reynolds's motions **MOOT**.

  **IT IS SO ORDERED.**

          **s/ Algenon L. Marbley**
          **ALGENON L. MARBLEY**
          **UNITED STATES DISTRICT JUDGE**

**DATED:  August 19, 2015**